**R. H. GORE v. NEWS-JOURNAL CORPORATION, a Florida corporation, et al.**

9 So. (2nd) 809                               June Term, 1942
October 2, 1942                                      En Banc

*McCune, Hiaasen & Fleming,* for appellant.

*Alfred A. Green,* for appellees.

PER CURIAM:

The appellant has failed clearly to show error in the decree of the chancellor, therefore, it is —

Affirmed.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.